In the Matter of the Claim of Lily Rosenberg, Respondent, against Public Milk Dairy, Inc., and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Fannie Zapela, Appellant, against Harry Katz and Another, Respondents. State Industrial Board, Respondent.— Decision unanimously affirmed. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Moses Ezeckel, Respondent, against Jacob Saperstein and Another, Appellants. State Industrial Board, Respondent.— Award reversed, with costs against the State Industrial Board to abide the event, on the ground that it covers three injuries for which compensation is made to run consecutively. (Matter of Hoffman v. Chatham E. L., H. & P. Co., 249 N. Y. 433.) The claim is remitted for the Board to take proof whether a binder was issued by the insurance carrier, and if so its effect, and to determine what if any award should be made as against the employer and carrier. Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of Sadie E. Butler, Respondent, against Walbridge Building Corporation and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. (Matter of Cross v. General Motors Corporation, 223 App. Div. 803; affd., 249 N. Y. 522.) Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Leo Berkowitz, Respondent, against Samuel Karp and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of Matter of Mausert v. Albany Builders Supply Co. (250 N. Y. 21). Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Pierre Buncamper, Respondent, against Loft, Inc., and Liberty Mutual Insurance Company, Appellants, Impleaded with Thoens & Flaunlacher, Inc., and The Travelers Insurance Company. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to Thoens & Flaunlacher, Inc., and The Travelers Insurance Company against the appellants. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Jennie Woodrich, Respondent, against Methodist Book Concern and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of Matter of Mausert v. Albany Builders Supply Co. (250 N. Y. 21). Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of the Estate of M. E. Wright and Others, Respondents, against George H. Bowman Company and Another, Appellants. State Industrial Board, Respondent.— Award for disability reversed, on the ground no notice of injury was given, and claim remitted to the State Industrial Board. Award for death benefits affirmed. Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.